**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

vs.                                                                                          CASE No. 3:07cr102/LAC

**MICHAEL EDWARD MORGAN**
_____

**PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, in the indictment in the above-entitled action, the United States sought forfeiture, inter alia, of all property of the defendant, **MICHAEL EDWARD MORGAN**, pursuant to Title 21, United States Code, Sections 853(a)(1) and (2), and Title 21 United States Code, 841(a)(1), as property constituting, or derived from, proceeds obtained directly or indirectly from the violations set forth in Count One of said indictment and/or property used or intended to be used to commit or promote the commission of the offenses set forth in said indictment charging **MICHAEL EDWARD MORGAN** with the following crime: Count One, knowingly and intentionally possess with intent to distribute a controlled substance.

AND WHEREAS, on or about September 27, 2007, defendant, **MICHAEL EDWARD MORGAN**, plead guilty to Count One, and agreed to the forfeiture set forth in the indictment with regard to defendant's interest in the specifically below described real property;

AND WHEREAS, by virtue of said guilty plea, the United States is now entitled to entry of a preliminary order of forfeiture against all of defendant's interest in said real property, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), and Rule 32.2 of the Federal Rules of Criminal Procedure; now wherefore,

IT IS HEREBY ORDERED:

1. That all of defendant **MICHAEL EDWARD MORGAN** 's right and interest in the real property described below is hereby forfeited to and vested in the United States of America.

2. That the property which is subject to forfeiture in this Order is located at **7102 Lindskog Street, Pensacola Florida,** lying and being in Escambia County, Florida, and being more particularly described in Official Record Book 5506 at page 0345 of the public records of Escambia County as follows:

> Parcel "A"
>
> Lot 8, Block "A", Lindskog Subdivision, a Subdivision of a portion of Section 11, Township 2 South, Range 31 West, Escambia County, Florida, according to Plat recorded in Plat Book 1, at Page 79, of the Public Records of said County.
>
> Parcel "B"
>
> A tract of land in Section 11, Township 2 South, Range 31 West, Escambia County, Florida more particularly described as follows: commencing at a point on the north line of said Section 11 where the north line intersects the West line of 69th Avenue, thence South 00' 00' 00" East along the West line of 69th Avenue a distance of 333.0 feet; thence South 89' 52' 07" West along the North line of Lindskog Subdivision as recorded in Plat Book 1 at Page 79 a distance of 698.53 feet to the point of beginning; thence continue South 89' 52' 07" West a distance of 115.47

  feet; thence North 18' 19' 103" East a distance of 29.84 feet; thence North 84' 32' 35" East a distance of 106.64 feet; thence South 00' 05' 18" West a distance of 38.20 feet to the point of beginning, containing 3661.19 square feet, more or less.

3.  That the United States is hereby directed to publish notice of this forfeiture and of it's intent to dispose of said property, and, to the extent practicable, to provide direct written notice to all persons known to have alleged an interest in said property, pursuant to Title 21, United States Code, Section 853(n)(1).

4.  That upon adjudication of all third party interests, or if no third party claims are filed pursuant to Title 21, United States Code, Section 853(n), the United States shall dispose of said real property in accordance with law or further Order of this Court.

IT IS SO ORDERED this 28th day of September, 2007.

            s/*L.A. Collier*
            LACEY A. COLLIER
            SENIOR UNITED STATES DISTRICT JUDGE