IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                              Case No. 3:07cr102/LAC

MICHAEL EDWARD MORGAN,
_____

FINAL ORDER OF FORFEITURE
AS TO DEFENDANT MICHEAL EDWARD MORGAN

WHEREAS, on September 28, 2007, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of Title 21, United States Code, Section 853(a)(1) and (2) and Title 21, United States Code, 841(a)(1), based upon the defendant's guilty plea to the indictment in this action.

AND WHEREAS, pursuant to Rule 32(d)(2) and 32.2(b) of the Federal Rules of Criminal Procedure said Preliminary Order of Forfeiture shall be made final as to defendant, **MICHAEL EDWARD MORGAN,** at the time of sentencing and shall be made part of the sentence and included in the judgment, now wherefore,

IT IS HEREBY ORDERED:

That all of defendant **MICHAEL EDWARD MORGAN's** right, title and interest in the real property described in the indictment and in the preliminary order of forfeiture is hereby

FILED IN OPEN COURT THIS
1/17/08
_____
CLERK, U. S. DISTRICT
COURT, NORTH DIST. FLA.

forfeited to and vested in the United States of America and that said forfeiture is now final as to the defendant for all purposes.

IT IS SO ORDERED this 17th day of January 2008.

_____
LACEY A. COLLIER
UNITED STATES DISTRICT JUDGE