IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                                                  Case No. 3:07cr102/LAC

MICHAEL EDWARD MORGAN
_____

FINAL ORDER OF FORFEITURE
AS TO ALL PARTIES AND ENTITIES

THIS CAUSE CAME before the Court on the Motion of the United States of America for a Final Order Of Forfeiture as to All Parties and Entities. Being fully advised in the premises, the Court finds as follows:

WHEREAS, On October 06, 13 and 20, 2007, the United States published a Notice of Forfeiture and Planned Disposition in the Pensacola News Journal, Pensacola, Florida. Such notice informs all third parties of their right to file a petition within thirty (30) days of the final date of publication, setting forth their interest in the subject property;

AND WHEREAS, on January 17, 2008, the Court entered a Final Order of Forfeiture as to Defendant Michael Edward Morgan;

AND WHEREAS, Colleen T. Morgan, defendant's wife waived service of process and consents to the Forfeiture of the subject real property;

AND WHEREAS the United States agreed that in consideration of her consent, Colleen T. Morgan will receive $12,000.00 from the net sales proceeds of the real property;

**IT IS HEREBY ORDERED:**

1.  That the right, title and interest to all of the hereinafter described real property is hereby condemned, forfeited and vested in the United States of America.

2.  The real property which is the subject of this forfeiture action is:

    **Real Property located at 7102 Lindskog Street, Pensacola, Florida, lying and being in Escambia County, Florida, and being more Particularly described in Official Record Books 5506 at page 0345 of the public records of Escambia County as follows:**
    **Parcel "A"**

    **Lot 8, Block "A," Lindskog Subdivision, a Subdivision of a portion of Section 11, Township 2 South, Range 31 West, Escambia County, Florida, according to Plat recorded in Plat Book 1, at Page 79, of the Public Records of said County.**

    **Parcel "B"**

    **A tract of land in Section 11, Township 2 South, Range 31 West, Escambia County, Florida more particularly described as follows: commencing at a point on the north line of said Section 11 where the north line intersects the West line of 69th Avenue, thence South 00"00"00" East along the West line of 69th Avenue a distance of 333.0 feet; thence South 89"52"07" West along the North line of Lindskog Subdivision as recorded in Plat Book 1 at Page 79 a distance of 698.53 feet to the point of beginning; thence North 18"19"103" East a distance of 29.84 feet; thence South 00"05"18" West a distance of 38.20 feet to the point of beginning, containing 3661.19 square feet, more or less.**

3.  Colleen T. Morgan will receive payment in the amount of $12,000.00 from the net sales proceeds of the real property.

4.  That no other person or entity has filed a claim.

      5.      That the United States Marshal shall dispose of said real property in accordance with law.

IT IS SO ORDERED this 2nd day of September, 2008.

                                  s/*L.A. Collier*
                                  LACEY A. COLLIER
                                  SENIOR UNITED STATES DISTRICT JUDGE